UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
DEPARTMENT OF JUSTICE, BUREAU OF
ALCOHOL, TOBACCO FIREARMS AND
EXPLOSIVES,                                      Case No. 18 CV 7925 (ER)

                              Plaintiff,         **DEFAULT JUDGMENT**

              -against-

MESSADOS, INC.,

                              Defendant.

        THIS ACTION having been commenced by the filing of a complaint and the issuance of

a summons on August 30, 2018; that a copy of the summons and complaint in this action having

been served upon defendant Messados, Inc. ("Messados") on October 17, 2018; proof of such

service having been filed with the Clerk of this Court on February 7, 2019; Messados not having

appeared, answered or made any motion with respect to the complaint; the time for Messados to

appear, answer or make any motion with respect to the complaint having expired; the Clerk of

this Court having duly entered the annexed certificate of entry of default of Messados; and

sufficient proof having been adduced that Messados is not in the military service of the United

States and is not an infant or an incompetent person;

        NOW, on the motion of Audrey Strauss, Acting United States Attorney for the Southern

District of New York, attorney for plaintiff the United States of America (the "United States"), it

is hereby

        ORDERED, ADJUDGED AND DECREED that the United States have judgment against

Messados, in the sum of $2,826.45, together with costs and disbursements in the sum of $625.00,

amounting in all to the sum of $3,451.45, with interest thereafter from the date of judgment as provided by law, and that the United States have execution therefor.

Dated:   New York, New York
       July 30_____, ____, 2020

_____
EDGARDO RAMOS
U.S.D.J.